ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| WorldWide Language Resources, Inc. | ) ASBCA No. 58637 |
| | ) |
| Under Contract No. W52P1J-10-C-0047 | ) |

APPEARANCE FOR THE APPELLANT:       Paul R. Moore, Esq.
                                                                    Counsel

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                                                     Army Chief Trial Attorney
                                                                   MAJ James P. Leary, JA
                                                                   CPT Vera A. Strebel, JA
                                                                     Trial Attorneys

ORDER OF DISMISSAL

Appellant having advised the Board that they have reached a settlement, and appellant having moved that its appeal be dismissed with prejudice, and the government having advised that it has no objection, this appeal is hereby dismissed with prejudice.

Dated:  1 July 2015

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58637, Appeal of WorldWide Language Resources, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals